UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:19-cv-10290-FDS

RAMON GONZALEZ, VICTOR )
RODRIGUEZ ORTIZ, and ADDELYN )
MARTE, on behalf of themselves and )
all others similarly situated, )
)
    Plaintiffs, )
v. )
)
RXO LAST MILE, INC., )
)
    Defendant. )

**ORDER GRANTING PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

    This matter is before the Court on Plaintiffs' Assented-to Motion for Preliminary Approval of Class Action Settlement (the "Motion for Preliminary Approval"). The Court having considered all papers filed and proceedings had herein, and having reviewed the record in the above captioned matter,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

    1.    The Court finds on a preliminary basis that the settlement memorialized in the Settlement Agreement and Release of Claims ("Settlement"), attached to the Motion for Preliminary Approval as Exhibit 1, falls within the range of reasonableness and otherwise meets the requirements for preliminary approval.

    2.    Pursuant to Fed. R. Civ. P. 23(e)(1), the Court approves the content and proposed distribution of the Notice of Proposed Settlement of Class Action Lawsuit ("Settlement Notice"), attached to the Motion for Preliminary Approval as Exhibit 2.

3.     Members of the Class must file completed claims or objections within 45 days of issuance of the Settlement Notice. Any objection must be made by mailing a written, signed objection to the Court. The written, signed objection must include all reasons for the objection and any supporting documentation; the objector's name, address, and telephone number; and a list of all other objections, if any, filed by the objector or their counsel to any class action settlements pending in any court in the United States in the previous five years.  To be valid, any objection must be postmarked by United States Postal Service on or before the objection deadline. Objectors will have the right to appear at the Fairness Hearing to be heard concerning their objections, either in person or through counsel. Any objector wishing to appear at the Fairness Hearing must state their intention to do so in writing on their written objection. Objectors who do not comply with this paragraph may not be permitted to speak at the Fairness Hearing, except for good cause shown.

4.     Any petition by Class Counsel for an award of attorneys' fees and litigation costs shall be filed and posted on the settlement website within 30 days after issuance of the Settlement Notice.

5.     The Court will conduct a Fairness Hearing on <u>January 27, 2026</u> at <u>2:30</u> p.m. to determine the overall fairness of the settlement.  Class Counsel shall submit an Assented-To Motion for Final Approval no later than seven (7) days before the Fairness Hearing.

IT IS SO ORDERED.

Dated:  September 25, 2025                    /s/  F. Dennis Saylor IV
                                               F. Dennis Saylor IV
                                               United States District Judge