UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RAMON GONZALEZ, VICTOR RODRIGUEZ ORTIZ, and ADDELYN MARTE, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RXO LAST MILE, INC., d/b/a RXO LOGISTICS,**<br><br>**Defendant.** | **Civil Action No. 19-10290-FDS** |

**FINAL APPROVAL ORDER AND JUDGMENT**

**SAYLOR, .J.**

This matter is before the Court on Plaintiff's Assented-To Motion for Final Approval of Class Action Settlement (the "Motion for Final Approval"). The Court having considered all papers filed and proceedings had herein, and having reviewed the record in the above captioned matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. On September 24, 2025, the Court, having reviewed the proposed Settlement Agreement and Release of Claims ("Settlement") issued an Order granting preliminary approval of the Settlement and authorizing the issuance of a Settlement Notice to the Class. The Settlement Notice, the final version of which is attached to the Motion for Final Approval as Exhibit 3, was duly issued by the Settlement Administrator. The Court now finds that the content and distribution of the Settlement Notice provided fair and sufficient notice of the Settlement, satisfied the requirements of Fed. R. Civ. P. 23, and provided due process.

2. The Court finds that the Settlement is fair, reasonable, and adequate. More specifically, the Court finds that (a) the Named Plaintiff and Class Counsel have adequately represented the Class; (b) the Settlement was negotiated at arm's length; (c) the relief provided to the Class is adequate taking into account (i) the burden, expense, risks, and delay of trial and appeal, (ii) the effectiveness of the proposed method of distributing relief to the Class, (iii) the terms of the proposed award of attorneys' fees, including the time of payment, and (iv) the absence of any agreement required to be identified under Fed. R. Civ. P. 23(e)(3). The Court further finds that the Settlement treats class members equitably relative to each other.

3. The Court awards Class Counsel an award of attorneys' fees in the amount of $750,000 and litigation costs in the amount of $26,166, for substantially the reasons set forth in Plaintiff's Request for Award of Attorneys' Fees and Costs.

4. The Court awards each of the three Named Plaintiffs a service award in the amount of $25,000.

5. The Court awards each member of the class who was deposed a service award of $2,500. Those individuals are Jose Correa, Luis Gomez, Leroy Johnson, Timonthy Latson III, Yoel Luis, Edwin Miguel Ramos, and Robert Williams.

6. The Court otherwise approves the terms and provisions of the Settlement and orders that the Settlement be consummated and implemented in accordance with its terms.

7. This Action is hereby dismissed with prejudice and without costs to any parties, other than as expressly provided for in the Settlement.

8. The Court shall retain jurisdiction to resolve any disputes, challenges, or other issues that might arise as to the Settlement.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: May 29, 2026

**Certified to be a true and correct copy of the original**
**Robert M. Farrell, Clerk**
**U. S. District Court**
**District of Massachusetts**

**By:** ____________
**Deputy Clerk**

**Date:** 05/29/2026